United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOWREY LLP, and ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE OF HOWREY, LLP,<br><br>Appellants,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, as Trustee;<br><br>1875/1925 CENTURY PARK EAST CO.;<br><br>THE IRVINE CO., LLC;<br><br>KNICKERBOCKER PROPERTIES, INC. XXXIII; and<br><br>DEWEY & LEBOEUF, LLP,<br><br>Appellees. | **ORDER RE CONSOLIDATION AND BRIEFING SCHEDULE**<br><br>Case No.  15-cv-03935-JD<br><br>Case No.  15-cv-03937-JD<br><br>Case No.  15-cv-03938-JD<br><br>Case No.  15-cv-03939-JD<br><br>Case No.  15-cv-03959-JD |

The Court finds that these cases involve common issues of law and consolidates them pursuant to Fed. R. Civ. P. 42(a).  *See also* Dkt. No. 9 ¶ 9 (the parties agree to consolidation of the first four filed cases).  Case No. 15-cv-3935-JD will be the lead case in which all future filings should be made.

The Court orders the following briefing schedule:

1. Appellant will file a single, consolidated opening brief on appeal of not more than 25 pages by February 3, 2016.

2. Appellees will jointly file a single opposition brief, no longer than 25 pages, by March 2, 2016.  If any appellee has a good faith belief that it has unique factual circumstances

that require the Court's attention, it may file a supplemental brief of up to 6 pages by March 2, 2016. A supplemental brief may not address issues duplicative of the joint brief.

3. Appellant may then file a single, 15 page reply brief by March 23, 2016.

4. The Court will then determine whether to set a hearing.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
JAMES DONATO
United States District Judge